UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

     v.

ALEXANDER INIGUEZ MERCADO

Case No. 26 CR 338

Hon. Gabriel A. Fuentes

## EXHIBITS

The United States Attorney for the Northern District of Illinois, ANDREW S. BOUTROS, through Assistant United States Attorney, Elly Moheb, respectfully submits the following Government Exhibits 1-5 from the Detention Hearing on June 30, 2026.

Dated: June 30, 2026

Respectfully submitted,

*/s/ Elly Moheb*
Elly Moheb
Assistant U.S. Attorney
219 South Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-1412